Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

## U. S. DISTRICT COURT

**CASE SEALED:** ☐ YES  ☉ NO

**DOCKET NUMBER:** 3:24-CR-255-MOC

(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)

**CASE NAME :US vs** US v. MICHAEL NAUN ANTUNEZ VASQUEZ a.k.a Maicol Antunez-Vasquez

**COUNTY OF OFFENSE :** UNION

**RELATED CASE INFORMATION :**

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS :** ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ☐ Petty  ☐ Misdemeanor  ☉ Felony

18 U.S.C. § 933(a)(1) 18 U.S.C. § 922(o)

**JUVENILE:**  ☐ Yes  ☐ No

**ASSISTANT U. S. ATTORNEY :** TIMOTHY SIELAFF

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED :**

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)