# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. MICHAEL NAUN ANTUNEZ VASQUEZ

Case Number: 3:24-cr-255-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18-933(a)(1) | 0 | 0-15yrs; 250K; NMT 3yrs SR |
| 2 | 18-922(o) | 0 | 0-10yrs; 250K; NMT 3yrs SR |
| 3 | 18-922(o) | 0 | 0-10yrs; 250K; NMT 3yrs SR |
| 4 | 18-924(c) | 5 | 5yrs-LIFE; $250K; NMT 5yrs SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☐ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☐ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☐ NO
* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH

☐ DISCHARGE