IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:24-cr-255 |
| | ) | |
| v. | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| MAICOL NAUN ANTUNEZ VASQUEZ | ) | |
| ID# 493492 | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Michael Naun Antunez Vasquez, ID# 493492, W/M, DOB 06/08/2003, who is presently detained in the Union County Jail, for his appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case Defendant shall be returned to the custody of Union County Jail, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 22nd of January 2025.

DENA J. KING
UNITED STATES ATTORNEY

**/s/ Timothy Sielaff**
Assistant United States Attorney
North Carolina State Bar No. 33648
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 227-0814
Email: timothy.sielaff@usdoj.gov