# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CR-255-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| v. ) | |
| ) | |
| **MICHAEL NAUN ANTUNEZ VASQUEZ,** ) | |
| a/k/a **MAICOL ANTUNEZ-VASQUEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Chief Jailer, Union County Jail, 3344 Presson Road, Monroe, NC 28112

**IT IS ORDERED** that you have the body of Michael Naun Antunez Vasquez, ID # 493492, W/M, DOB 06/08/2003, detained in the Union County Jail, under safe and secure conduct, brought before the Honorable ___David Keesler___, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, FORTHWITH, on or before ___2/13/2025___ at ___10:30___ am, to make an initial appearance before the Court on charges now pending in said Court against Defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Union County Jail, under safe and secure conduct, after the disposition of the above-captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Union County Jail, and the United States Attorney.

**SO ORDERED**.

Signed: January 22, 2025

David C. Keesler
United States Magistrate Judge

2

Case 3:24-cr-00255-MOC-DCK   Document 5   Filed 01/22/25   Page 2 of 2